

# Fourth Court of Appeals

## San Antonio, Texas

November 19, 2014

No. 04-14-00452-CV

Mark **HART** and Angelica Hart,
Appellant

v.

**FLAGSHIP HOMES, LTD.** d/b/a/ Prestige Homes,
Appellee

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04333
Honorable Martha B. Tanner, Judge Presiding

No. 04-14-00568-CV

Julian **CALDERAS**, Jr. and Erica Calderas,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a Prestige Homes,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04330
Honorable Martha B. Tanner, Judge Presiding

No. 04-14-00597-CV

Thomas H. **VEITCH** and Anne Veitch,
Appellants

v.

**FLAGSHIP HOMES, LTD.** d/b/a/ Prestige Homes,
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-04337

Honorable Martha B. Tanner, Judge Presiding

# O R D E R

Appellants' first unopposed motion for extension of time to file reply brief is hereby GRANTED. Time is extended to December 1, 2014.

It is so **ORDERED** on November 19, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court